Lane Powell PC
Aaron Brecher
Tiffany Scott Connors (*pro hac vice* to be filed)
Jessica N. Walder (*pro hac vice* to be filed)
1420 5th Avenue, Ste. 4200
Seattle, WA 98101
Telephone: (206) 223-7000
Email: connorst@lanepowell.com
walderj@lanepowell.com
brechera@lanepowell.com

Albert H. Ebright
Carlsmith Ball LLP
515 So. Flower St., Ste. 2900
Los Angeles, CA 90071-2225
Telephone:   (213) 955-1200
Email:   aebright@carlsmith.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARMEY on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>HAWAIIAN ISLES KONA COFFEE COMPANY, LTD.<br><br>Defendant. | Case No.   8:19-cv-00432-JVS-KES<br><br>**STIPULATION TO CONTINUE RULE 26(f) SCHEDULING CONFERENCE AND RELATED DEADLINES** |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that there is good cause to continue by thirty days the time for the parties to conduct the Federal Rule of Civil Procedure 26(f) Scheduling Conference and related deadlines. The deadline for the Conference of Parties would thus be moved from April 22, 2019, to May 22, 2019; the deadline for the parties to submit a Joint Rule 26(f) Report would be moved from May 6, 2019, to June 5, 2019; and the Scheduling Conference would be moved from May 13, 2019, to June

12, 2019 or a date thereafter convenient to the Court.

    Good cause exists to continue the Rule 26(f) Scheduling Conference and related deadlines for several reasons. First, Plaintiff Michael DeArmey plans to file an amended complaint. Second, the parties have already met and conferred about Defendant Hawaiian Isles Kona Coffee Company, Ltd.'s ("HIKC") plan to file a motion to transfer this case to another District or dismiss the Complaint. The parties will do so again after HIKC has examined the forthcoming Amended Complaint. Moving the Rule 26(f) Scheduling Conference and related deadlines will allow the parties to brief that motion—absent some agreement brought through further conference—which might make discovery premature. It will also allow HIKC more opportunity to explore the most effective method of moving through discovery in this class action, as well as two related prior-filed class actions pending in the Western District of Washington that also involve HIKC: *Corker et al v. Costco Wholesale Corporation et al*, 2:19-cv-00290-RSL (filed 02/27/19), and *Bond et al v. Costco Wholesale Corporation et al*, 2:19-cv-00305-RSL (filed 03/01/2019).

    The parties' only prior requested extension was for additional time for HIKC to respond to the Complaint. The parties do not expect that this requested extension will cause undue delay or otherwise negatively affect case progress moving forward. Rather, the parties ask for these extensions for the sake of efficiency, so that neither the parties nor the Court engage in unnecessary efforts prematurely.

Dated: April 17, 2019                        **Bursor & Fisher, P.A.**

                                                       Attorneys for Plaintiff

                                                       By: /s/ *L. Timothy Fisher*
                                                       L. Timothy Fisher, CA Bar No. 191626
                                                       Joel D. Smith, CA Bar No. 244902
                                                       Thomas A. Reyda, CA Bar No. 312632

ltfisher@bursor.com
jsmith@bursor.com
treyda@bursor.com
1990 North California Blvd., Ste 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
**Reich Radcliffe & Hoover LLP**
Attorneys for Plaintiff

Marc G. Reich, CA Bar No. 159936
Adam T. Hoover, CA Bar No. 243226
mgr@reichradcliff.com
adhoover@reichradcliffe.com
4675 MacArthur Court, Ste 550
Newport Beach, CA 92660
Telephone: (949) 975-0512

Dated: April 17, 2019

**Lane Powell PC**
Attorneys for Defendant Hawaiian
Isles Kona Coffee


By: /s/ *Aaron P. Brecher*
    Attorneys for Defendant
Aaron P. Brecher, CA Bar No. 305001
Jessica N. Walder, WSBA No. 47676
    (*pro hac vice* to be filed)
Tiffany Scott Connors, WSBA No.
    41740 (*pro hac vice* to be filed)
brechera@lanepowell.com
walderj@lanepowell.com
connorst@lanepowell.com
1420 5th Avenue, Suite 4200
Seattle, WA 98101
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

4825-9746-8304.1                      -3-

STIPULATION TO CONTINUE RULE 26(F) CONFERENCE AND RELATED DEADLINES

|   |   |
|---|---|
| 1 | |
| 2 | **Carlsmith Ball LLP** |
|   | Attorneys for Defendant Hawaiian Isles Kona Coffee |
| 3 | |
| 4 | |
| 5 | By: /s/ *Albert H. Ebright* |
|   | Albert H. Ebright, CA Bar No. 29170 |
| 6 | aebright@carlsmith.com |
|   | 515 So. Flower St., Ste. 2900 |
| 7 | Los Angeles, CA 90071-2225 |
|   | Telephone:  (213) 955-1200 |

(Formatted as pleading paper, lines 1–28.)

# CERTIFICATE OF SERVICE

I certify that, on the date indicated below, I caused the foregoing document to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to all attorneys and parties of record.

I affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.

SIGNED April 17, 2019, at Seattle, Washington.

*s/ Patti Lane*
Patti Lane, Legal Assistant