**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
          jsmith@bursor.com
          treyda@bursor.com

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Email: mgr@reichradcliffe.com
        adhoover@reichradcliffe.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARMEY on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAWAIIAN ISLES KONA COFFEE COMPANY, LTD.<br><br>Defendant. | Case No. 8:19-cv-00432 JVS (KESx)<br><br>**STIPULATION MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS AND STRIKE**<br><br>Date:  n/a<br>Time:  n/a<br>Courtroom:  10C<br><br>Hon. James V. Selna |

STIPULATION MODIFYING BRIEFING SCHEDULE
CASE NO. 8:19-cv-00432 JVS (KESx)

Pursuant to Civil Local Rule 7-1, Plaintiff Michael DeArmey ("Plaintiff") and Defendant Hawaiian Isles Kona Coffee Company, LTD. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, Defendant filed its motion to dismiss and strike portions of Plaintiff's First Amended Complaint ("MTD") on May 8, 2019 and set July 15, 2019 for the hearing date;

WHEREAS, Plaintiff's opposition to Defendant's MTD is currently due June 24, 2019 (Local Rule 7-9);

WHEREAS, Defendant's reply in support of its MTD is currently due July 1, 2019 (Local Rule 7-10);

WHEREAS, the Parties have met and conferred through counsel and have agreed to modify the briefing schedule for Defendant's MTD, as set forth below,

WHEREAS, the stipulated modifications to the briefing schedule will not alter the July 15, 2019, hearing date or otherwise impact any other deadlines already set by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel, as follows:

1) Plaintiff shall file his opposition to Defendant's MTD on or before June 14, 2019;

2) Defendant shall file its reply briefs in support of its MTD on or before June 28, 2019.

Dated: May 8, 2019                Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _/s/ L. Timothy Fisher_
       L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)

STIPULATION MODIFYING BRIEFING SCHEDULE                                    1
CASE NO. 8:19-cv-00432 JVS (KESx)

Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
           jsmith@bursor.com
           treyda@bursor.com

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Email: mgr@reichradcliffe.com
         adhoover@reichradcliffe.com

*Counsel for Plaintiff*

Dated:  May 8, 2019

**Lane Powell PC**
Attorneys for Defendant Hawaiian
Isles Kona Coffee


By: /s/ *Aaron P. Brecher*
        Attorneys for Defendant
Aaron P. Brecher, CA Bar No. 305001
Jessica N. Walder, (*pro hac vice* to be filed)
Tiffany Scott Connors, (*pro hac vice* to be filed)
brechera@lanepowell.com
walderj@lanepowell.com
connorst@lanepowell.com
1420 5th Avenue, Suite 4200
Seattle, WA 98101
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

## **ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                      */s/ L. Timothy Fisher*
                                         L. Timothy Fisher