**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Joel D. Smith (SBN 244902)
Blair E. Reed (SBN 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jsmith@bursor.com
         breed@bursor.com

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Email: mgr@reichradcliffe.com
        adhoover@reichradcliffe.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARMEY, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>HAWAIIAN ISLES KONA COFFEE COMPANY, LTD.,<br><br>                              Defendant. | Case No. 8:19-cv-00432-JVS-KES<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Judge:  Hon. James V. Selna |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael DeArmey voluntarily dismisses the above captioned action without prejudice.

Dated:  August 21, 2019         **BURSOR & FISHER, P.A**.

By:   */s/ L. Timothy Fisher*
          L. Timothy Fisher

L. Timothy Fisher (SBN 191626)
Joel D. Smith (SBN 244902)
Blair E. Reed (SBN 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            jsmith@bursor.com
            breed@bursor.com

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Email: mgr@reichradcliffe.com
            adhoover@reichradcliffe.com

*Counsel for Plaintiff*